IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HAGOOD-NEW MEXICO TRUST NO. 1,

    Plaintiff,

vs.                                                                                                 No. CIV 97-515 JP/RLP

PHILLIPS PETROLEUM COMPANY,
a Delaware Corporation, Individually, and as
Managing General Partner for Phillips
San Juan Partners, L.P.,

    Defendant.

## **AMENDED FINDING OF FACT**

On March 31, 2000 I stated findings of fact and conclusions of the law on the record. Subsequently, a party called to my attention the fact that Phillips Petroleum Company retained only an 82%--instead of an 82.5%-- working interest. The findings of fact are hereby amended to state that Phillips Petroleum Company retained an 82% working interest.

                                                                                        _____
                                                                                    UNITED STATES DISTRICT JUDGE